Walter Lakomski, for use of Walter Berandys, appellant, v. Joseph Leonard, appellee. Gen. No. 29,571.

Garnishment on judgment confessed. Judgment against one garnishee and order of dismissal as to other. Appeal from the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed April 3, 1925.

Peden, Graydon, Kahn & Murphy, for appellant; Gerald Ryan, of counsel. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Daniel Madigan, appellee, v. George F. Nixon & Company, appellant. Gen. No. 29,587.

Action to recover for damage to stock and business by boiler explosion. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed April 3, 1925.

Alexander H. Marshall, for appellant; Frank G. Marshall, of counsel. Schuyler, Ettelson & Weinfield, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Parisian Novelty Company, appellant, v. Matthew T. Dunn and Frank Dunn, trading as Dunn Brothers, appellees. Gen. No. 29,591.

Action for breach of warranty of goods sold. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. John J. Lupe, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 3, 1925.

Edgar J. Schoen, for appellant; Maurice J. Green, of counsel. Krauss, Goldman & Allshouse, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Shattuck School, Inc., appellant, v. James A. Davis, appellee. Gen. No. 29,513.

Assumpsit for tuition and board for defendant's minor son. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 3, 1925.

Arnd, Gavin, Cook & Griffin, for appellant; Frederick Arnd, of counsel. McKinney, Lynde & Grear, for appellee; Cornelius Lynde and Joseph M. Larimer, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

George Comerford and Frank Duwaldt, copartners, trading as Comerford & Duwaldt, appellees, v. William E. Balousek, appellant. Gen. No. 29,559.

Action to recover real estate brokers' commissions. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed with finding of facts. Opinion filed April 3, 1925.